IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

OSBALDO FLORES,

    Plaintiff,

v.                                                            2:19-cv-426-GBW-KRS

CITY OF LAS CRUCES, et al.,

    Defendants.

## ORDER GRANTING STAY OF DISCOVERY PENDING RESOLUTION OF QUALIFIED IMMUNITY DEFENSE

THIS MATTER comes before the Court upon Defendants' Opposed Motion to Stay Discovery on the Basis of Qualified Immunity (Doc. 18). Having noted that Plaintiff withdrew his opposition to the requested stay, *see* Doc. 32, and having determined that the defense of qualified immunity "protects against the burdens of discovery as well as trial," *Stonecipher v. Valles*, 759 F.3d 1134, 1148 (10th Cir. 2014), the Court hereby FINDS and CONCLUDES that Defendants' motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED** that Defendants' Motion to Stay Discovery on the Basis of Qualified Immunity (Doc. 18) is **GRANTED** and discovery is **STAYED** pending resolution of Defendants' Motion for Qualified Immunity and Summary Judgment (Doc. 16).

_____
**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**